# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| ARCHBISHOP JOCITA CABRINI WILLIAMS, PhD, DD,        ) ) ) | |
|      Plaintiff/Counter Defendant, v.   ) | |
|                            ) | Civil Action No. 3:12-cv-01309 |
| SESAC, INC., and                    ) | |
| SESAC, LLC,                      ) | Judge Aleta A. Trauger |
|                            ) | Magistrate Judge E. Clifton Knowles |
|      Defendants/Counterclaimants.   ) ) ) | |

## ENTRY OF DEFAULT

Defendants and Counterclaimants SESAC, Inc. and SESAC, LLC (collectively, "SESAC") have filed an Application for Entry of Default (Docket Entry No. 21) against Plaintiff and Counter Defendant Archbishop Jocita Cabrini Williams, PhD, DD ("Williams") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Service of the Counterclaim has been accomplished on Plaintiff and more than twenty one (21) days have passed. Plaintiff has made no responsive pleading or other effort to defend the Counterclaim in accordance with Fed. R. Civ. P. 12(a)(1)(B). Entry of default on the counterclaim is therefore warranted. The Clerk notes no affidavit of military service has been provided, but the Clerk will consider the Plaintiff's filing and prosecution of this case against Defendants as establishing that she is not in the military service.

1

Accordingly, default is hereby entered against Plaintiff under Fed. R. Civ. P. 55(a).

SESAC may now proceed under Fed. R. Civ. P. 55(b)(2) to file a motion seeking a default

judgment against Williams.

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court
U.S. District Court
Middle District of Tennesse
