> **ORDER:**
> Motion is granted IN PART. The Plaintiff is permitted to file through ECF. Plaintiff must follow the requirement set out in the Local Rules and Administrative Practices and Procedures Manual.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

RECEIVED IN CLERK'S OFFICE
MAY 20 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

SESAC, INC., and

SESAC, LLC, ET AL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDDLE DISTRICT OF TENNESSE

NASHVILLE DIVISION

ARCHBISHOP JOCITA CABRINI WILLIAMS PHD.DD

VS.

SESAC, INC., and SESAC, LLC, ET AL

CASE NO: 3:12-cv-01309

NOTICE OF MOTION AND MOTION FOR ORDER VACATING AND SETTING ASIDE DEFAULT (ANDDEFAULT JUDGEMENT), CODE OF CIVIL PROCEDURE SECTION 473 (BERMAN V. KLASSMAN(1971) 17 CAL.App.3d 900.909,95 Cal. Rptr.417).

APRIL 25, 2013

CM/ECF SYSTEM

NOTICE OF MOTION TO VACATE DEFAULT JUDGEMENT/ MOTION REQUEST TO FILE MOTIONS BY CM/ECF SYSTEM PRO SE.

ARCHBISHOP JOCITA CABRINI WILLIAMS PHD.DD PLAINTIFF/COUNTER DEFENDANT, PRO SE OF RECORD.NOTICE IS HERBY GIVEN, THAT A MOTION WILL BE HEARD ON THE FOLLOWING DATE, 5/9/2013 IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION, CASE NO: 3:12-CV-01309.

PLAINTIFF WILL, AND HERBY DOES, MOVE TO VACATE AND SET ASIDE DEFAULT JUDGEMENT ENTERED AGAINST ME ON APRIL 25,2013.

THE MOTION WILL BE MADE ON THE GROUNDS THAT DEFAULT WAS TAKEN AGAINT PLAINTIFF/COUNTER DEFENDANT THROUGH HER MISTAKE OR INADVERTENCE OR SURPRISE OR EXCUSABLE NEGLECT OR ALL OR ANY COMBINATION OF THESE, CODE OF CIVIL PROCEDURE; 473(B), 473.1), 473.5.

THE MOTION WILL BE BASED ON THIS NOTICE OF MOTION, THE ACCOMPANYING DECLARATIONS OF PLAINTIFF/COUNTER DEFENDANT. AND THE MEMORANDUM OF POINTS AND AUTHORITIES SERVED AND FILED HEREWITH, ON THE RECORDS AND FILED HEREIN, AND ON SUCH EVIDENCE AS MAY BE PRESENTED AT THE HEARING OF THE MOTION.

5/6/2013          RESPECTFULLY SUBMITTED, ARCHBISHOP JOCITA CABRINI WILLIAMS PHD.DD