# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOCITA CABRINI WILLIAMS, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-1309 |
| | ) | Judge Trauger |
| SESAC, INC. and SESAC, LLC, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

## O R D E R

On May 20, 2014, the Magistrate Judge issued a Report and Recommendation, to which the plaintiff has filed objections (Docket No. 63). The plaintiff's document attaches to it what purports to be a letter from a law firm in Louisiana that is representing the plaintiff in connection with injuries received by her in an automobile collision on January 14, 2014. The letter represents that she is receiving ongoing medical care for her injuries, and the plaintiff proffers this as her excuse for failing to respond to court orders.

The court will give the plaintiff **ONE MORE CHANCE**. The plaintiff has exhibited a pattern of refusing to furnish required information and refusing to comply with court orders and deadlines. In the absence of a serious medical condition, there is ample justification for granting default to the defendants on their Counterclaim, which the plaintiff has never answered, despite the fact that the response should have been filed over a year ago.

It is hereby **ORDERED** that the plaintiff shall respond to the Counterclaim lodged by the defendants by June 30, 2014. If she does file a timely response to the Counterclaim, default on the Counterclaim will not be entered. If she does not, the court will accept the pending Report

1

and Recommendation and grant a default on the Counterclaim. The bench trial scheduled for July 1, 2014 before this court is **CONTINUED**, to be reset, if appropriate, by later order of the court.

If the plaintiff timely responds to the Counterclaim, the court would encourage the Magistrate Judge to grant the alternative relief requested in the defendants' Motion filed May 19, 2014 (Docket No. 59) and set new deadlines.

It is so **ORDERED**.

ENTER this 5th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge