UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JOCITA CABRINI WILLIAMS** | ) |
| | ) |
| v. | ) Civil Action No. 3:12-1309 |
| | ) Judge Trauger/Knowles |
| **SESAC, INC, and SESAC. LLC** | ) |

**O R D E R**

Pursuant to the Order entered by the Honorable Aleta A. Trauger on June 5, 2014 (Docket Entry No. 64), the Pretrial Conference set for June 20, 2014, at 10:00 a.m. before the undersigned is CANCELLED. All other pretrial deadlines are continued to be reset by separate Order.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge